I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL ~~Petitioner~~
~~(OR PARTIES) AT~~ THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _10-2-13_

DEPUTY CLERK

JS-6 | ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

PHANTHAMITH MANILA,

     Petitioner,

     v.

UNITED STATES OF AMERICA,
et al.,

     Respondents.

Case No.  CV 13-06743 SJO (AN)

JUDGMENT

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Petition.

Dated: September 27, 2013

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY